IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 10 2005  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GORMAN L. DULL, ANNA DULL and JULIAN W. MEADOWS, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID C. ARCH, J. MILES BRANAGAN, JERRY D. CHOATE, ROD DAMMERYER, LINDA HUTTON HEAGY, R. CRAIG KENNEDY, HOWARD J KERR, JACK E. NELSON, HUGO F. SONNENSCHEIN, SUZANNE H. WOOLSEY, PH.D., MITCHELL M. MERIN, RICHARD F. POWERS, III, WAYNE W. WHALEN, VAN KAMPEN FUNDS INC., VAN KAMPEN ASSET MANAGEMENT INC., and JOHN DOES NO. 1 through 100,<br><br>    Defendants. | No. 05C 0140<br><br>Honorable Amy J. St. Eve |

### AGREED MOTION FOR EXTENSION OF TIME TO FILE VAN KAMPEN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Van Kampen Funds Inc. and Van Kampen Asset Management Inc. respectfully requests this Court for a one business day extension to file their motion to dismiss the complaint. The plaintiffs have been served electronically on the date the motion was due originally and have agreed to a one business day extension.

WHEREFORE, Van Kampen Funds Inc. and Van Kampen Asset Management Inc. request the Court to grant its motion and to extend the date for the filing of their motion to dismiss the complaint by one business day to May 9, 2005.

Dated: May 6, 2005

                                      SHEARMAN & STERLING LLP

                                      By: _____
                                                Steven F. Molo

                                      180 North Stetson Court
                                      Two Prudential Plaza
                                      Suite 5780
                                      Chicago, Illinois 60601
                                      Telephone: (212) 848-4000
                                      Facsimile: (212) 848-7179

                                      Attorneys for Defendants
                                      Van Kampen Funds Inc. and
                                      Van Kampen Asset Management Inc.