# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GORMAN L. DULL, ANNA DULL and JULIAN W. MEADOWS, on Behalf of Themselves and All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 05 C 0140 |
| | ) |
| DAVID C. ARCH, J. MILES BRANAGAN, JERRY D. CHOATE, ROD DAMMEYER, LINDA HUTTON HEAGY, R. CRAIG KENNEDY, HOWARD J KERR, JACK E. NELSON, HUGO F. SONNENSCHEIN, SUZANNE H. WOOLSEY, MITCHELL M. MERIN, RICHARD F. POWERS, III, WAYNE W. WHALEN, VAN KAMPEN FUNDS INC., VAN KAMPEN ASSET MANAGEMENT INC., and JOHN DOES NO. 1 through 100, | )<br>) Judge Amy J. St. Eve<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## TRUSTEE DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants David C. Arch, J. Miles Branagan, Jerry D. Choate, Rod Dammeyer, Linda Hutton Heagy, R. Craig Kennedy, Howard J Kerr, Jack E. Nelson, Hugo F. Sonnenschein, Suzanne H. Woolsey, Mitchell M. Merin, Richard F. Powers, III, and Wayne W. Whalen hereby move for an order:

  (1)  dismissing Counts I, II, and III of the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

  (2)  granting such other and further relief as the Court may deem just and proper.



In support of the motion, the trustee defendants submit the accompanying memorandum of law together with the exhibits and other authorities cited therein.

Dated: June 28, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SHEARMAN & STERLING LLP |
| */s/ Lee P. Garner* | */s/ Steven F. Molo* |
| Charles F. Smith<br>Lee P. Garner<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>(312) 407-0700 | Steven F. Molo<br>Brian H. Polovoy<br>180 North Stetson Court<br>Two Prudential Plaza, Suite 5780<br>Chicago, Illinois 60601<br>(212) 848-4000 |
| Attorneys for defendants David C. Arch, J. Miles Branagan, Jerry D. Choate, Rod Dammeyer, Linda Hutton Heagy, R. Craig Kennedy, Howard J Kerr, Jack E. Nelson, Hugo F. Sonnenschein, Suzanne H. Woolsey, and Wayne W. Whalen | Attorneys for defendants Mitchell M. Merin and Richard F. Powers, III |