IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GORMAN L. DULL, ANNA DULL and JULIAN W. MEADOWS, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID C. ARCH, J. MILES BRANAGAN, JERRY D. CHOATE, ROD DAMMERYER, LINDA HUTTON HEAGY, R. CRAIG KENNEDY, HOWARD J KERR, JACK E. NELSON, HUGO F. SONNENSCHEIN, SUZANNE H. WOOLSEY, PH.D., MITCHELL M. MERIN, RICHARD F. POWERS, III, WAYNE W. WHALEN, VAN KAMPEN FUNDS INC., VAN KAMPEN ASSET MANAGEMENT INC., and JOHN DOES NO. 1 through 100,<br><br>Defendants. | No. 05C 0140<br><br>Honorable Amy J. St. Eve |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties and on behalf of the parties, that the above-captioned action shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: August 26, 2005

SHEARMAN & STERLING LLP

By: _____
Steven F. Molo
Brian H. Polovoy

180 North Stetson Court
Two Prudential Plaza, Suite 5780
Chicago, Illinois 60601
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for defendants
Van Kampen Funds Inc.,
Van Kampen Asset Management,
Mitchell M. Merin and
Richard F. Powers, III

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____ BHP/with permission
Charles F. Smith
Lee P. Garner

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (212) 848-0411

Attorneys for defendants David C. Arch, J. Miles Branagan, Jerry D. Choate, Rod Dammeyer, Linda Hutton Heagy, R. Craig Kennedy, Howard J Kerr, Jack E. Nelson, Hugo F. Sonnenschein, Suzanne H Woolsey, and Wayne W. Whalen

MILLER FAUCHER AND CAFFERTY LLP

By: _____
Marvin A. Miller
Jennifer W. Sprengel

30 North La Salle Street
Suite 3200
Chicago, IL 60602

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219-4281

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, AR 72212

Attorneys for Plaintiffs Gorman L. Dull,
Anna Dull and Julian W. Meadows