IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GORMAN L. DULL, ANNA DULL and JULIAN W. MEADOWS, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>DAVID C. ARCH, J. MILES BRANAGAN, JERRY D. CHOATE, ROD DAMMERYER, LINDA HUTTON HEAGY, R. CRAIG KENNEDY, HOWARD J KERR, JACK E. NELSON, HUGO F. SONNENSCHEIN, SUZANNE H. WOOLSEY, PH.D., MITCHELL M. MERIN, RICHARD F. POWERS, III, WAYNE W. WHALEN, VAN KAMPEN FUNDS INC., VAN KAMPEN ASSET MANAGEMENT INC., and JOHN DOES NO. 1 through 100,<br><br>        Defendants. | No. 05C 0140<br><br>Honorable Amy J. St. Eve |

## **NOTICE OF FILING**

To:    Counsel on the attached service list

        PLEASE TAKE NOTICE that on the 29th day of August, 2005, we filed with the

Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,

219 South Dearborn Street, Chicago, Illinois, a Stipulation of Dismissal With Prejudice, a copy

of which is attached hereto and herewith served upon you.

Dated:  August 29, 2005

SHEARMAN & STERLING LLP

By:  /s/ Steven F. Molo
       Steven F. Molo
       Brian H. Polovoy

180 North Stetson Court
Two Prudential Plaza
Suite 5780
Chicago, Illinois 60601
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

Attorneys for defendants
Van Kampen Funds Inc.,
Van Kampen Asset Management,
Mitchell M. Merin and
Richard F. Powers, III

## CERTIFICATE OF SERVICE

       I, Steven F. Molo, an attorney, hereby certify that I caused the foregoing Stipulation of Dismissal With Prejudice to be served upon the following by U.S. Mail this 29th day of August, 2005.

Marvin A. Miller
Jennifer W. Sprengel
MILLER FAUCHER AND CAFFERTY LLP
30 North La Salle Street
Suite 3200
Chicago, IL 60602

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219-4281

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, AR 72212

Charles F. Smith
Lee P. Garner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

                            /s/ Steven F. Molo
                          SHEARMAN & STERLING LLP
                          180 North Stetson Court
                          Two Prudential Plaza
                          Suite 5780
                          Chicago, Illinois 60601
                          Telephone:  (212) 848-4000
                          Facsimile:  (212) 848-7179